Cite as 2023 Ark. 148

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE COMMISSION | **Opinion Delivered:** October 12, 2023 |

## PER CURIAM

Justice Barbara Webb of the Arkansas Supreme Court is appointed to the Arkansas Access to Justice Commission. She succeeds the late Justice Robin F. Wynne as the court's liaison to this important commission. We thank her for her willingness to serve.